## Commonwealth *v.* Nissly, Appellant.

Argued December 12, 1969. *William W. Stainton,* with him *Arnold, Bricker, Beyer & Barnes,* for appellant; *D. Richard Eckman,* Assistant District Attorney, with him *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, J., absent.